IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 05-660 |
| | : | |
| **EDWARD MAJOR** | : | |

## O R D E R

**AND NOW**, this   15th   day of October, 2014, upon consideration of the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (Document #73), the government's response thereto (Document #74), and the defendant's reply (Document #75), IT IS HEREBY ORDERED that:

1. The motion is GRANTED.

2. The defendant's term of imprisonment in this case shall be reduced from 135 months to 120 months.

3. All other terms and conditions of the original sentence are to remain the same.

4. The defendant's previous motions for the same relief (Documents #58 and #61) are DENIED as moot.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.